No. 581. ROYAL INDEMNITY CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Cornelius W. Grafton* and *Charles I. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for the United States.

No. 661. CARLSON ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Kenneth C. West* and *Walter A. Raymond* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 665. UNITED STATES *v.* STEWART ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Perlman* for the United States. *John S. Burchmore, Nuel D. Belnap* and *Robert N. Burchmore* for respondents.

No. 671. SESLAR *v.* UNION LOCAL 901, INC. ET AL. C. A. 7th Cir. Certiorari denied. *Frank Donner* and *Arthur Kinoy* for petitioner. *Sol Rothberg* for respondents.

No. 673. CITY OF BIRMINGHAM ET AL. *v.* MONK ET AL. C. A. 5th Cir. Certiorari denied. *Horace C. Wilkinson* for petitioners.

No. 679. TURNER *v.* ALTON BANKING & TRUST CO., EXECUTOR. C. A. 8th Cir. Certiorari denied. *Lon Hocker* for petitioner.

No. 683. PAPALIOLIOS ET AL. *v.* DURNING, COLLECTOR OF CUSTOMS. C. A. 2d Cir. Certiorari denied. *Delbert*